SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
BRIAN EGGLESTON, Senior Deputy City Attorney (289309)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for City of San Jose

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| CITY OF SAN DIEGO and CITY OF SAN JOSE,<br><br>              Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE et al.,<br><br>              Defendants. | Case Number:  26-cv-00615-CAB-VET<br><br>**EX PARTE APPLICATION FOR TELEPHONIC APPEARANCE** |

1

NOTICE OF APPEARANCE                                    Case Number: 26-cv-00615-CAB-VET

2314236

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Brian Eggleston, counsel for Plaintiff City of San Jose, pursuant to § III of this Court's Civil Case Procedures, hereby requests permission to appear telephonically at the Preliminary Injunction Hearing set for May 28, 2026 at 2:30 PM. The basis for this request is that counsel is located outside the judicial district and appearing in person would incur a substantial cost to his client, the City of San José. Counsel is also amenable to appearing by any videoconferencing platform convenient to the Court, if the Court prefers that option.

Opposing counsel has been informed of this request and indicates she does not oppose it.

Respectfully submitted,

SUSANA ALCALA WOOD, City Attorney

Dated:  May 21, 2026

By:  */s/ Brian Eggleston*
BRIAN EGGLESTON
Senior Deputy City Attorney

Attorneys for City of San Jose

NOTICE OF APPEARANCE                                     Case Number: 26-cv-00615-CAB-VET

2314236