**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **City of San Diego and City of San Jose v. United States Department of Justice, et al.**     Case Number: **26-cv-615-CAB-VET**

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr Tape: N/A

The Court continues the hearing on the pending motion for preliminary injunction to **June 15, 2026** at 10 AM in Courtroom 15A.

Date: May 26, 2026     Initials: MS