HEATHER FERBERT, City Attorney
JEAN JORDAN, Assistant City Attorney
JULIE RAU, Lead Deputy City Attorney
California State Bar No. 317658
NEAL A. MARKOWITZ, Deputy City Attorney
California State Bar No. 201692
JENNIFER M. MARTIN, Deputy City Attorney
California State Bar No. 322048
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:   (619) 533-5856
    E-Mail: Jrau@sandiego.gov
           NMarkowitz@sandiego.gov
           MartinJM@sandiego.gov

Attorneys for Plaintiff, CITY OF SAN DIEGO

*[additional counsel on signature page]*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO and CITY OF SAN JOSE,<br><br>       Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her official capacity; OFFICE OF JUSTICE PROGRAMS; MAUREEN A. HENNEBERG, in her official capacity, OFFICE OF JUVENILE JUSTICE AND DELINQUENCY PREVENTION; EILEEN M. GARRY, in his official capacity, DOES 1 to 10,<br><br>       Defendants. | Case No.  26-cv-615-CAB-VET<br><br>**JOINT STATUS REPORT IN RESPONSE TO  MINUTE ORDER (ECF NO. 33)** |

/ / /

/ / /

/ / /

/ / /

1

Pursuant to the Court's June 12, 2026 Order (ECF No. 33), Plaintiffs City of San Diego and City of San José and Defendants respectfully submit this Joint Status Report advising the Court of the status of the awards and the parties' proposed disposition of this action, and jointly request a short continuance of the current status report deadline, as set forth below. The Court's Order directed the parties to file this report by June 29, 2026, or within three business days of resolution of the administrative holds and the parties' discussions regarding dismissal, whichever occurs first.

### I.    Status of the Awards.

As the parties previously reported, the awards at issue had been subject to administrative holds. The administrative holds on the awards have been released. The parties are continuing to work through the remaining administrative steps necessary to confirm that the awarded funds are available to the Cities for draw-down. As of the date of this report, the Plaintiff Cities have not yet been able to confirm that they will receive the full funding to which they are entitled under the award.

### II.    Proposed Disposition.

The parties are continuing their efforts to reach a resolution of this action. Because the administrative steps necessary to confirm the availability of the awarded funds are not yet complete, the Plaintiff Cities are not yet in a position to propose a specific disposition of this action. The Cities' evaluation of an appropriate disposition, including whether and on what terms to dismiss the claims or to seek a stay, depends on confirmation that they will receive the funding to which they are entitled under the awards, and the Cities reserve all rights, claims, and remedies pending that confirmation. The Cities requires additional time to complete that process and to propose the appropriate disposition.

/ / /

/ / /

### III.   Joint Request.

For the foregoing reasons, the parties jointly and respectfully request that the Court (a) continue the deadline for the parties' joint status report by approximately three weeks, to and including **July 19, 2026**, by which date the parties will file a further joint status report advising the Court of the status of the awards and the parties' proposed disposition of this action; and (b) continue to hold the pending motion for preliminary injunction (ECF No. 6) and motion to dismiss (ECF No. 15) in abeyance pending that further report.

This report is submitted without prejudice to the parties' respective claims, defenses, and positions in this action, and nothing in this report, in the continued abeyance of the pending motions, or in the parties' ongoing efforts to reach resolution constitutes or shall be construed as a waiver of, or concession with respect to, any party's rights, claims, defenses, or positions. The parties' agreement to continue holding the pending motions in abeyance is without prejudice to any party's right to seek to restore those motions to the Court's calendar should the parties' resolution efforts not succeed.

Dated:  June 29, 2026                HEATHER FERBERT, City Attorney

By      */s/ Jennifer M. Martin*
          Jennifer M. Martin
          Deputy City Attorney

Attorneys for Plaintiff
CITY OF SAN DIEGO

Dated:  June 29, 2026                SUSANA ALCALA WOOD, City Attorney

By      */s/ Brian Eggleston*
          Brian Eggleston

Attorneys for Plaintiff,
CITY OF SAN JOSE

3

Dated:  June 29, 2026

ADAM GORDON
United States Attorney


By      /s/ Betsey Boutelle
        Betsey Boutelle
        Assistant United States Attorney

Attorneys for Defendants

**FILER'S ATTESTATION**

I, JENNIFER M. MARTIN, am the ECF user whose identification and password are being used to file this document, I hereby attest that the other above-named signatories concur in this filing.

Dated: June 29, 2026                    HEATHER FERBERT, City Attorney

                    By      /s/ Jennifer M. Martin
                            Jennifer M. Martin
                            Deputy City Attorney

                    Attorneys for Plaintiff
                    CITY OF SAN DIEGO