HEATHER FERBERT, City Attorney
JEAN JORDAN, Assistant City Attorney
JULIE RAU, Lead Deputy City Attorney
California State Bar No. 317658
NEAL A. MARKOWITZ, Deputy City Attorney
California State Bar No. 201692
JENNIFER M. MARTIN, Deputy City Attorney
California State Bar No. 322048
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856
E-Mail: Jrau@sandiego.gov
NMarkowitz@sandiego.gov
MartinJM@sandiego.gov

Attorneys for Plaintiff, CITY OF SAN DIEGO

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO and CITY OF SAN JOSE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her official capacity; OFFICE OF JUSTICE PROGRAMS; MAUREEN A. HENNEBERG, in her official capacity, OFFICE OF JUVENILE JUSTICE AND DELINQUENCY PREVENTION; EILEEN M. GARRY, in his official capacity, DOES 1 to 10,<br><br>Defendants. | Case No. 26-cv-615-CAB-VET<br><br>**JOINT STATUS REPORT AND JOINT REQUEST TO CONTINUE STATUS REPORT DEADLINE (ECF NO. 35)** |

/ / /

/ / /

/ / /

/ / /

Pursuant to the Court's June 30, 2026, Order (ECF No. 35), Plaintiffs City of San Diego and City of San José and Defendants respectfully submit this Joint Status Report advising the Court of the status of the awards and the parties' proposed disposition of this action, and jointly request a further continuance of the current status report deadline, as set forth below. The Court's Order directed the parties to file this report by July 20, 2026, or within three business days of resolution of the administrative holds and the parties' discussions regarding dismissal, whichever occurs first.

## I. Status of the Awards.

The administrative holds on both Cities' awards have been released. The Cities are confirming the availability of the awarded funds through submission and processing of reimbursement requests. Plaintiff City of San José has drawn down reimbursement for the October–December 2025 and January–March 2026 quarters. As to Plaintiff City of San Diego, the question previously raised regarding the reimbursability of costs incurred during the portion of the period of performance preceding the City's acceptance of the award has been resolved, and OJP has recently confirmed that no restriction on those costs applies. The City is completing the steps necessary to submit its reimbursement request and expects to submit it as soon as possible.

## II. Proposed Disposition.

The parties' discussions regarding disposition remain ongoing. Any dismissal by Plaintiffs may require City Council approval. The City Council is currently in legislative recess and will not resume regular meetings until August 24, 2026.

## III. Joint Request.

For the foregoing reasons, the parties jointly and respectfully request that the Court:

(a) continue the deadline for the parties' joint status report to **September 4, 2026**, by which date, if the parties have not already filed a motion to stay or a

motion to dismiss, the parties will file a further joint status report advising the Court of the status of the awards and the parties' proposed disposition of this action; and

(b) continue to hold the pending motion for preliminary injunction (ECF No. 6) and motion to dismiss (ECF No. 15) in abeyance pending that further report.

This report is submitted without prejudice to the parties' respective claims, defenses, and positions in this action, and nothing in this report, in the continued abeyance of the pending motions, or in the parties' ongoing efforts to reach resolution constitutes or shall be construed as a waiver of, or concession with respect to, any party's rights, claims, defenses, or positions. The parties' agreement to continue holding the pending motions in abeyance is without prejudice to any party's right to seek to restore those motions to the Court's calendar should the parties' resolution efforts not succeed.

Dated: July 20, 2026

HEATHER FERBERT, City Attorney

By *\/s/ Jennifer M. Martin*
Jennifer M. Martin
Deputy City Attorney

Attorneys for Plaintiff
CITY OF SAN DIEGO

Dated: July 20, 2026

SUSANA ALCALA WOOD, City Attorney

By */s/ Brian Eggleston*
Brian Eggleston

Attorneys for Plaintiff,
CITY OF SAN JOSE

Dated: July 20, 2026

ADAM GORDON
United States Attorney

By *_/s/ Betsey Boutelle_*
Betsey Boutelle
Assistant United States Attorney

Attorneys for Defendants

**FILER'S ATTESTATION**

I, JENNIFER M. MARTIN, am the ECF user whose identification and password are being used to file this document, I hereby attest that the other above-named signatories concur in this filing.

Dated: July 20, 2026

HEATHER FERBERT, City Attorney

By *<u>/s/ Jennifer M. Martin</u>*
Jennifer M. Martin
Deputy City Attorney

Attorneys for Plaintiff
CITY OF SAN DIEGO