**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **City of San Diego and City of San Jose v. United States Department of Justice, et al.**

Case Number: **26-cv-615-CAB-VET**

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: N/A

The July 20, 2026 joint status report indicates that while there has been progress towards resolution of this dispute, the parties' discussions remain ongoing. [Doc. No. 36.] The parties therefore ask the Court continue to hold the pending motion for a preliminary injunction, [Doc. No. 6], and motion to dismiss, [Doc. No. 15], in abeyance pending a status report in early September. Given the length of time these motions have been pending and the changes to the alleged facts and policies in the interim, the Court deems it appropriate to DENY AS MOOT both motions and allow them to be re-filed by September 4, 2026 if the parties have not reached a resolution and filed a motion to dismiss by that date.

Date: July 21, 2026    Initials: MS